1010

[No. 30079-0-III. Division Three. January 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ALEJANDRO BALLESTEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00154-6, Donald W. Schacht, J., entered January 18, 2011. *Remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30115-0-III. Division Three. January 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY DEAN STUBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 05-1-00071-9, Rebecca M. Baker, J., entered June 30, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.

[Nos. 30581-3-III; 30582-1-III. Division Three. January 31, 2013.]

DISCOVER BANK, *Respondent*, v. RICHARD S. RODRIQUEZ ET AL., *Appellants*.

DISCOVER BANK, *Respondent*, v. SHONNA L. RODRIQUEZ ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Yakima County, No. 10-2-03528-1, C. James Lust, J., entered October 19, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30596-1-III. Division Three. January 31, 2013.]

DISCOVER BANK, *Respondent*, v. ALAINE GARDNER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-2-02332-9, Blaine G. Gibson, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Sweeney, J.